1  James R. Malone, Jr. (PA ID No. 41885)
   (A Member of the Bar of this Court)
2   Michael D. Gottsch (PA ID No. 39421)
   Joseph G. Sauder (PA ID No. 82467)
3  Timothy N. Mathews (PA ID No. 91430)
   CHIMICLES & TIKELLIS LLP
4  361 West Lancaster Avenue
   Haverford, PA 19041
5  Telephone: (610) 642-8500
   Facsimile: (610) 649-3633
6  Email: jamesmalone@chimicles.com
7
   *Attorneys for Plaintiff Nicole Francoise LaTour*
8
9  Jonathan M. Jacobson (NY ID 1350495)
   (A member of the Bar of this Court)
10 WILSON SONSINI GOODRICH & ROSATI P.C.
   12 East 49th Street, 30th Floor
11 New York, New York 10017
   (212) 999-5800
12 Fax: (212) 999-5899
13
   *Attorney for Defendants*
14

Case 3:06-cv-03454-MJJ    Document 3    Filed 06/15/2006    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE FRANCOISE LATOUR, individually and on behalf of all others similarly situated, | Civil Action No. C 06 3454 (BZ) |
| Plaintiff, | |
| v. | |
| CLEAR CHANNEL COMMUNICATIONS, INC., CLEAR CHANNEL BROADCASTING, INC. and LIVE NATION, INC., | STIPULATION AND [PROPOSED] ORDER |
| Defendants. | |

WHEREAS, plaintiff Nicole Francoise Latour, on behalf of all persons similarly situated, filed the above-captioned Class Action Complaint ("Complaint") against Clear Channel Communications, Clear Channel Broadcasting, and Live Nation, Inc., (collectively,

"Defendants") on May 30, 2006;

WHEREAS, there is currently pending before Judge Wilson of the United States District Court for the Central District of California a multi-district litigation entitled *In re Live Concert Antitrust Litigation,* 05-MDL-1745 ("MDL-1745") coordinating actions that contain substantially similar claims to those in the above-captioned class action;

WHEREAS, on June 1, 2006 the Clerk of the Judicial Panel on Multidistrict Litigation ("JPML") was notified that the above-captioned class action was a potential "tag-along" action pursuant to Rules 7.2(i) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation;

WHEREAS, a conditional transfer order of the JPML, once issued, will be unopposed;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Defendants hereby waive service of the summons in this action, effective June 15, 2006.

2. The parties agree to stay all proceedings in the above-captioned action pending its expected transfer by the JPML to the Central District of California for coordination with the actions in MDL-1745.

3. Upon the expected transfer of the above-captioned class action, Defendants will answer or otherwise plead in response to the Complaint by August 21, 2006, and the parties will be otherwise bound by the discovery schedule previously agreed to for the actions included in MDL-1745.

4. Notwithstanding the foregoing, any party may notify the Court at any time that it wishes to lift the stay of these proceedings, at which point Defendants' pleadings in response to the Complaint shall become due sixty days after the provision of such notice to the Court and counsel.

///

STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: June 14, 2006 | CHIMICLES & TIKELLIS LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | James R. Malone, Jr. (PA ID No. 41885) |
| 5 | | (A Member of the Bar of this Court) |
| | | Michael D. Gottsch (PA ID No. 39421) |
| 6 | | Joseph G. Sauder (PA ID No. 82467) |
| 7 | | Timothy N. Mathews (PA ID No. 91430) |
| | | 361 West Lancaster Avenue |
| 8 | | Haverford, PA 19041 |
| | | Telephone: (610) 642-8500 |
| 9 | | Facsimile: (610) 649-3633 |
| | | Email: jamesmalone@chimicles.com |

Case 3:06-cv-03454-MJJ   Document 3   Filed 06/15/2006   Page 3 of 3

Attorneys for Plaintiff and the Class

Dated: June 14, 2006

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

By: _____
Jonathan M. Jacobson
(NY ID No. 1350495)
12 E. 49th Street, 30th Floor
New York, New York 10017
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Attorneys for the Defendants

Approved and So Ordered:

_____
Hon. Bernard Zimmerman
Hon. Martin J. Jenkins
U.S. Magistrate Judge

STIPULATION AND [PROPOSED] ORDER

3