**A CERTIFIED TRUE COPY**

AUG - 3 2006

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

F I L E D    JUL 1 8 2006

C V - 06 - 4 9 7 3 4 SVW (RCx)

5 2006   FILED
CLERK'S OFFICE

*DOCKET NO. 1745*

RICHARD W. WIEKING

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

CAN 3: 06-3454 MJJ

*IN RE LIVE CONCERT ANTITRUST LITIGATION*

Nicole Francoise Satans -V- Channel Communications

*(SEE ATTACHED SCHEDULE)*

## CONDITIONAL TRANSFER ORDER (CTO-3)

On April 17, 2006, the Panel transferred three civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d_____ (J.P.M.L. 2006). Since that time, two additional actions have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Stephen V. Wilson.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 17, 2006, and, with the consent of that court, assigned to the Honorable Stephen V. Wilson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]

Jeffery N. Lüthi
Clerk of the Panel

**Inasmuch as no objection is
pending at this time, the
stay is lifted.**

AUG - 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## DOCKET NO. 1745
## IN RE LIVE CONCERT ANTITRUST LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

CALIFORNIA NORTHERN
  CAN 3  06-3454          Nicole Francoise Latour v. Clear Channel Communications, Inc., et al.
  CAN 3  06-3588          Corey Rosen v. Clear Channel Communications, Inc., et al.

COLORADO
  CO    1  06-1047          Lauren J. Hammer v. Clear Channel Communications, Inc., et al.

DISTRICT OF COLUMBIA
  DC    1  06-1003          Julie Walker v. Clear Channel Communications, Inc., et al.

GEORGIA NORTHERN
  GAN 1  06-1325          Daniel T. Hull v. Clear Channel Communications, Inc., et al.

INDIANA SOUTHERN
  INS   1  06-883           Terry Leitner v. Clear Channel Communications, Inc., et al.

MASSACHUSETTS
  MA    1  06-11020         Kevin MacLaughlan v. Clear Channel Communications, Inc., et al.

MICHIGAN EASTERN
  MIE  2  06-12403          James K. Friedman v. Clear Channel Communications, Inc., et al.
  MIE  2  06-12447          Jennifer Zbytowski, et al. v. Clear Channel Communications, Inc., et al.

NORTH CAROLINA WESTERN
  NCW 3  06-249           Coya Bailey v. Clear Channel Broadcasting, Inc., et al.

OHIO SOUTHERN
  OHS  1  06-323           Daniel John Woodring v. Clear Channel Communications, Inc., et al.

PENNSYLVANIA EASTERN
  PAE  2  06-2225          Melissa Lewis v. Clear Channel Communications, Inc., et al.

TEXAS SOUTHERN
  TXS  4  06-2064          Shane Prince v. Clear Channel Communications, Inc., et al.

WISCONSIN WESTERN
  WIW 3  06-294           Katherine Ludt v. Clear Channel Communications, Inc., et al.



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-3535
Fax: (213)894-4422

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

August 10,2006

Clerk, United States District Court
Northern District of California

**Re:  MDL** 1745 _____  **In Re:** ___LIVE CONCERT ANTITRUST LITIGATION___

Transfer of your Civil Case No. 3:06-3454

Case Title: ___**LATOUR -VS- CHANNEL COMMUNICATIONS**___

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring the above-numbered case to this district and assigning Judge Stephen V. Wilson to preside over this litigation, we are transmitting herewith a certified copy of conditional transfer order from the MDL Panel. We have assigned the following case number to this case: **CV06- 4973 SVW (RCx)**
Please include reference to this case number when the case file is sent to this district.

We would appreciate receiving the case file as soon as possible. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

TBAKER

By: _____

Deputy Clerk

cc: All counsel on the attorney service list.
Clerk, MDL Panel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Rosalyn M. Chapman.

The case number on all documents filed with the Court should read as follows:

## CV06- 4973 SVW (RCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY